IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PATTERSON DENTAL SUPPLY, INC., and SENTRY INSURANCE A MUTUAL COMPANY, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:14-01979 Senior Judge Haynes |
| v. | ) ) | |
| DAVE A. BURROW, | ) ) | |
| Defendant. | ) ) | |

# ORDER

Before the Court is the Plaintiff's agreed motion to remand this action to the Chancery Court for Chetham County Tennessee (Docket Entry No. 13), based upon the parties' agreement and stipulation that the damages sought by Plaintiff do not exceed seventy-nine thousand nine hundred ninety-nine dollars ($79,999.00) inclusive of interests and costs.

This motion is **GRANTED** and this action is **REMANDED** to the Chancery Court for Chetham County, Tennessee.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 2nd day of December, 2014.

WILLIAM J. HAYNES, JR.
Senior United States District Judge